Kenneth A. Ohashi, Esq. (SBN 230440)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108-3426
Tel:   619/222-1243
Fax:   877/334-0661
kohashi@sessions.legal
jschultz@sessions.legal

Attorney for NCB Management Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITAKER,<br><br>           Plaintiff,<br>   vs.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>           Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant, NCB Management Services, Inc. ("NCB") hereby removes to this Court the state court action described below.

1.       On or about January 26, 2022, the action was commenced in the Superior Court of the State of California for the County of Los Angeles, entitled,

*Bobby Whitaker v. NCB Management Services, Inc.,* Case No. 22STLC00560 (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

2. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the laws of the United States, specifically the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1441(c).

3. NCB was served with a copy of the Complaint on January 28, 2022. Thus, pursuant to 28 U.S.C. § 1446(b), NCB has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The Superior Court of the State of California for the County of Los Angeles is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 2/28/22					SESSIONS, ISRAEL & SHARTLE, L.L.P.

						*/s/Kenneth A. Ohashi*
						Kenneth A. Ohashi, Esq.
						Attorney for Defendant
						NCB Management Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2022 a copy of the foregoing was served on all counsel and parties of record electronically via CM/ECF and E-Mail.

	David J. McGlothlin, Esq.
	Mona Amini, Esq.
	Gustavo Ponce, Esq.
	KAZEROUNI LAW GROUP, APC
	245 Fischer Avenue, Unit D1
	Costa Mesa, California  92626
	david@kazlg.com
	mona@kazlg.com
	gustavo@kazlg.com

						*/s/Kenneth A. Ohashi*
						Kenneth A. Ohashi, Esq.