# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 2:22−cv−01356−DSF−SK<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A)** |

Upon the stipulation of the parties, Plaintiff BOBBY WHITAKER ("Plaintiff") and NCB MANAGEMENT SERVICES, INC. ("Defendant"), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice with each of the parties to bear his/its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: August 11, 2022

　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　HON. DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -